UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00293-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAIME SANCHEZ-CAMACHO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Change of Plea Hearing is set for **Tuesday, January 3, 2012, at 10:00 a.m.**

    Dated: November 15, 2011.